IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re the matter of | NO. 19-19508 |
|---|---|
| EUGENIA HILL, | CHAPTER 13 |
| Debtor. | JUDGE TIMOTHY A. BARNES |

NOTICE OF MOTION

TO:

Eugenia Hill
8155 S. Kenwood
Chicago, IL 60619
**BY U.S. MAIL**

David M. Siegel, Attorney for Debtor        **BY ELECTRONIC TRANSMISSION**
Marilyn O. Marshall, Chapter 13 Trustee     **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on November 7, 2019, at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable TIMOTHY A. BARNES, Bankruptcy Judge, at **219 South Dearborn Street, Courtroom #744**, **Chicago, Illinois**, and then and there present the attached Motion to Modify the Automatic Stay, a copy of which is hereby served upon you.

PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 22nd day of October, 2019.

BY:      /s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for GLOBAL LENDING SERVICES LLC, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>EUGENIA HILL,<br><br>          Debtor. | NO. 19-19508<br>CHAPTER 13<br><br>JUDGE TIMOTHY A. BARNES |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes GLOBAL LENDING SERVICES LLC, its successors and/or assigns, (hereinafter referred to as "Movant") a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On July 11, 2019, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2017 Ford Fusion motor vehicle, with an outstanding balance of $19,923.36.

3. The Debtor has not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

4. Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein.

5. According to the Debtor's confirmed plan, the Debtor is the disbursing agent for all payments to creditor.

6. The Debtor has caused a default in contract payments in the amount of $2,641.32 through October 17, 2019, including attorney fees and court costs.

7. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, GLOBAL LENDING SERVICES LLC, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said GLOBAL LENDING SERVICES LLC, its successors and/or assigns, to take possession of and foreclose its security interest in a certain 2017 Ford Fusion motor vehicle, V.I.N. 3FA6P0H76HR290656, and for such other and further relief as this Court may deem just.

                                        GLOBAL LENDING SERVICES LLC, its
                                        Successors and/or Assigns

                                      BY:       /s/ Terri M. Long
                                                TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for GLOBAL LENDING SERVICES LLC, its Successors and/or Assigns