**REQUIRED STATEMENT TO ACCOMPANY**
**ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s)   Eugenia Hill                    Case No. 19-19508   Chapter 13

All Cases: Name of Moving Creditor  Global Lending Services LLC    Date Case Filed 7/11/19

Nature of Relief Sought:   X Lift Stay     Annul Stay     Other (describe)_____

Chapter 13:  Date of Confirmation Hearing_____ or Date Plan Confirmed    10/3/2019

Chapter 7:   No-Asset Report Filed on _____
             No-Asset Report not Filed, Date of Creditors Meeting_____

1.  Collateral
    a.   Home  _____
    b.   X Car   Year, Make and Model  2017 Ford Fusion
    c.   Other_____

2.  Balance Owed as of Petition Date $19,923.36
    Total of all other Liens against Collateral $_____

3.  In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral  $14,975.00

5.  Default
    a.   Pre-Petition Default
         Number of months _____           Amount  $_____
    b.   X Post-Petition Default
         i.   X On direct payments to the moving creditor
              Number of months  3 as of 10/17/19   Amount $2,641.32, including
                                                  attorney fees and court costs.
         ii.  On payments to the Standing Chapter 13 Trustee
              Number of months _____        Amount $_____

6.  Other Allegations
    a.   Lack of Adequate Protection § 362 (d)(1)
         i.    No insurance
         ii.   Taxes unpaid        Amount $ _____
         iii.  Rapidly depreciating asset _____
         iv.   Other _____

    b.   No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

    c.   Other "Cause" § 362 (d)(1)
         i.    Bad Faith (describe) _____ _____
         ii.   Multiple filings _____
         iii.  Other (describe) _____

    d.   Debtor's Statement of Intention regarding the Collateral
         i.   Reaffirm  ii.  Redeem  iii.  Surrender  iv.  No Statement of Intention Filed

Date:  10/22/19                              _____/s/ Terri M. Long_____
                                                    Counsel for Movant