UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-19508 |
| Eugenia Hill | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING DEBTOR TO OBTAIN CREDIT/INCUR DEBT ON SHORTENED NOTICE**

This matter coming to be heard on the motion of the Debtor to obtain credit/incur debt; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

1. The Debtor is permitted to incur financing in the amount not to exceed $22,000.00 for the purchase of a 2019 KIA Forte or similar vehicle, with monthly payments not to exceed $365.00/mo for a term of 72 months. The interest rate shall not exceed 6.00%.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 09, 2020

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100