UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:  19-19508
Eugenia Hill )
 )   Chapter: 13
 )   Honorable Timothy Barnes
 )
 )
 )
Debtor(s) )

## Order Dismissing Case For Material Default

This matter coming before the Court on Trustee's Motion to Dismiss for Material Default, the court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

1. This case is dismissed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  April 15, 2021

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300