Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

Case No.:  19−19508
Chapter:  13
Judge:  Timothy A. Barnes

In Re:
  Eugenia Hill
  8155 S. Kenwood
  Chicago, IL 60619
Social Security / Individual Taxpayer ID No.:
  xxx−xx−7108

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on April 15, 2021

FOR THE COURT

Dated: April 16, 2021                    Jeffrey P. Allsteadt , Clerk
                                         United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                              Case No. 19-19508-TAB

Eugenia Hill                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: corrinal                                    Page 1 of 4

Date Rcvd: Apr 16, 2021                       Form ID: ntcdsm                              Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugenia Hill, 8155 S. Kenwood, Chicago, IL 60619-3414 |
| 28003801 | + | 5/3 Bank, PO Box 9013, Addison, TX 75001-9013 |
| 28003802 | + | 5/3 Bank Morgage Company, Bankruptcy Department, 5050 Kingsley Dr. 1MOBBW, Cincinnati, OH 45227-1115 |
| 28003809 | + | Brandon Lefowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 28003814 | + | CB/Ft Figure, Po Box 182789, Columbus, OH 43218-2789 |
| 28003815 | | City of Chicago Dept. of Revenue, Camera Enforcement Violation, PO Box 88292, Chicago, IL 60680-1292 |
| 28003816 | + | City of Chicago Parking, Department of Finance, P. O. Box 6330, Chicago, IL 60680-6330 |
| 28003817 | | Commonwealth Edison-Care Center, Bankruptcy Department, PO Box 6113, Carol Stream, IL 60197-6113 |
| 28228834 | + | Denise Hollis, Landlord, 8155 S. Kenwood, Chicago, IL 60619-3414 |
| 28003823 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 28003829 | + | H & R Block, 857 Rollins Road, Round Lake, IL 60073-2244 |
| 28003835 | | MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28003833 | | Mancari Collision Center, 9300 S Kenton Ave,, Oak Lawn, IL 60453 |
| 28003834 | #+ | Merchants Credit Guide, 223 W. Jackson Blvd., Chicago, IL 60606-6914 |
| 28083874 | + | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 28100804 | + | PEOPLES GAS LIGHT & COKE COMPANY, 200 EAST RANDOLPH STREET, CHICAGO, ILLINOIS 60601-6433 |
| 28003837 | + | Peoples Gas, Bankruptcy Department, 200 E. Randolph Street, Chicago, IL 60601-6302 |
| 28003842 | + | Secretary of State, Attn: Bankruptcy Department, PO Box 7848, Madison, WI 53707-7848 |
| 28003843 | | Secretary of State License Renewal, 3701 Winchester Road, Springfield, IL 62707-9700 |
| 28284478 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: courtnotices@chi13.com | Apr 16 2021 23:44:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| 28003808 | + | EDI: CINGMIDLAND.COM | Apr 17 2021 02:48:00 | AT&T, Bankruptcy Department, 5407 Andrew Highway, Midland, TX 79706-3615 |
| 28003803 | | EDI: AFNIRECOVERY.COM | Apr 17 2021 02:48:00 | Afni, 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 28003804 | + | EDI: AIS.COM | Apr 17 2021 02:48:00 | American InfoSource, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 28003805 | + | Email/Text: cashnotices@gmail.com | Apr 16 2021 23:45:00 | Americash, 880 Lee St., Suite 302, Des Plaines, IL 60016-6487 |
| 28003806 | + | EDI: PHINHARRIS | Apr 17 2021 02:48:00 | Arnold Scott Harris, P.C., 111 W. Jackson Blvd. Ste. 600, Chicago, IL 60604-3517 |

| 28003810 |   | EDI: CAPITALONE.COM | | |
|---|---|---|---|---|
| | | | Apr 17 2021 02:48:00 | Cap One, 15000 Capital One Dr, Richmond, VA 23238 |
| 28003811 | + | EDI: CAPITALONE.COM | | |
| | | | Apr 17 2021 02:48:00 | Cap One, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 28003812 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 17 2021 00:10:21 | Capital Bank,n.a., Po Box 9224, Old Bethpage, NY 11804-9224 |
| 28098448 | + | EDI: AIS.COM | | |
| | | | Apr 17 2021 02:48:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 28003813 | + | EDI: CAPITALONE.COM | | |
| | | | Apr 17 2021 02:48:00 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 28056630 | + | EDI: PHINHARRIS | | |
| | | | Apr 17 2021 02:48:00 | City Of Chicago Department of Finance, C/O Arnold Scott Harris P.C., 111 W Jackson Blvd Suite 600, Chicago, IL 60604-3517 |
| 28079566 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | | |
| | | | Apr 16 2021 23:45:00 | Commonwealth Edison Company, Bankruptcy Department, 1919 Swift Drive, Oak Brook, IL 60523-1502 |
| 28003818 | + | EDI: CCS.COM | | |
| | | | Apr 17 2021 02:48:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 28003819 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 17 2021 00:04:37 | Credit One, Bankrupcty Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 28003820 | + | Email/Text: group_legal@creditunion1.org | | |
| | | | Apr 16 2021 23:45:00 | Credit Union 1, 200 E Champaign Ave, Rantoul, IL 61866-2940 |
| 28003822 |   | EDI: DIRECTV.COM | | |
| | | | Apr 17 2021 02:48:00 | DirecTV, 2230 E. Imperial Hwy., El Segundo, CA 90245 |
| 28003825 |   | EDI: BLUESTEM | | |
| | | | Apr 17 2021 02:48:00 | FINGERHUT/WEBBANK, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 28003824 |   | EDI: BLUESTEM | | |
| | | | Apr 17 2021 02:48:00 | Fingerhut, PO Box 1250, Saint Cloud, MN 56395-1250 |
| 28003826 |   | EDI: AMINFOFP.COM | | |
| | | | Apr 17 2021 02:48:00 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 28088363 |   | Email/Text: bankruptcy@glsllc.com | | |
| | | | Apr 16 2021 23:44:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 28003828 |   | Email/Text: Check.bksupport@globalpay.com | | |
| | | | Apr 16 2021 23:44:00 | Global Payments Check, Po Box 59371, Chicago, IL 60659 |
| 28003830 | + | EDI: PHINHARRIS | | |
| | | | Apr 17 2021 02:48:00 | Harris & Harris, Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 28003831 |   | EDI: JEFFERSONCAP.COM | | |
| | | | Apr 17 2021 02:48:00 | Jeffersncp (Jefferson Capital Syste, Bankruptcy Department, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 28003832 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 17 2021 00:10:46 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 28017123 |   | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 17 2021 00:16:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28003836 | + | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Apr 17 2021 02:48:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 28122551 |   | EDI: PRA.COM | | |
| | | | Apr 17 2021 02:48:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 28003838 | + | EDI: PRA.COM | | |
| | | | Apr 17 2021 02:48:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 28044178 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Apr 17 2021 02:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

| District/off: 0752-1 | User: corrinal | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: ntcdsm | Total Noticed: 59 |

| | | | | 56302-7999 |
|---|---|---|---|---|
| 28003839 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 16 2021 23:45:00 | Progressive Leasing, 256 W Data Drive, Draper, UT 84020-2315 |
| 28089919 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 16 2021 23:45:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 28189887 | | EDI: Q3G.COM | Apr 17 2021 02:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 28003841 | | Email/Text: bk@rgsfinancial.com | Apr 16 2021 23:44:00 | RGS Financial, PO Box 852039, Richardson, TX 75085-2039 |
| 28003840 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2021 00:10:45 | Resurgent Capital Service, PO Box 10587, Greenville, SC 29603-0587 |
| 28164211 | | EDI: AISSPRINT | Apr 17 2021 02:48:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 28003845 | | EDI: AISSPRINT | Apr 17 2021 02:48:00 | Sprint Nextel Correspondence, Attn: Bankruptcy Dept., PO BOX 7949, Overland Park, KS 66207 |
| 28003844 | + | EDI: SWCR.COM | Apr 17 2021 02:48:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 28003846 | + | EDI: VERIZONCOMB.COM | Apr 17 2021 02:48:00 | Verizon Wireless, Bankruptcy Department, 500 Technology Drive, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28003821 | *+ | Credit Union 1, 200 E. Champaign Ave., Rantoul, IL 61866-2940 |
| 28097719 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 28003807 | ## | Ashford University, 1310 19TH AVE NW, Clinton, IA 52732-2752 |
| 28003827 | ##+ | Global Lending Service, 5 Concourse Pkwy, Atlanta, GA 30328-7104 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021            Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David M Siegel | |
| | on behalf of Debtor 1 Eugenia Hill davidsiegelbk@gmail.com  R41057@notify.bestcase.com;johnellmannlaw@gmail.com |

District/off: 0752-1                          User: corrinal                                  Page 4 of 4
Date Rcvd: Apr 16, 2021                       Form ID: ntcdsm                              Total Noticed: 59

Marilyn O Marshall

courtdocs@chi13.com

Patrick S Layng

USTPRegion11.ES.ECF@usdoj.gov

Terri M Long

on behalf of Creditor Global Lending Services LLC bkpleadingsNORTHERN@il.cslegal.com  Courts@tmlong.com


TOTAL: 4